AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| LORI A. HINTON <br><br><br><br>_____ <br> *Plaintiff(s)* <br><br> v. <br><br> THE UNITED STATES OF AMERICA, THE UNITED STATES POSTAL SERVICE, and JOHN DOE A/K/A MIN LAU, a fictitious name for an actual person whose identity is unknown <br>_____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:26-cv-03341 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE UNITED STATES OF AMERICA, THE
UNITED STATES POSTAL SERVICE,
and JOHN DOE A/K/A MIN LAU, a fictitious name
for an actual person whose identity is unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Korsunskiy Legal Group, P.C.
2626 East 14th Street, Suite 201
Brooklyn, NY 11235
718) 758-4755

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____                    _____
                                                 *Signature of Clerk or Deputy Clerk*

**CIVIL ACTION NO. 1:26-cv-02337**
**ADENDUM TO THE SUMMONS**

List of Defendants with corresponding addresses

THE UNITED STATES OF AMERICA: Office of the Attorney General Department of Justice, 10th & Pennsylvania Ave., N.W. Washington, D.C. 20530

UNITED STATES POSTAL SERVICE: 1720 Market Street, Room 2400, St. Louis, MO 63155-5820

JOHN DOE A/K/A MIN LAU: Address unknown